COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Charles and Judith Cayley, at al. v. HMW Special Utility District of
                         Harris and Montgomery Counties

Appellate case number:   01-12-00825-CV

Trial court case number: 912608

Trial court:             County Civil Court at Law No. 1 of Harris County

The Individual Homeowners' Motion to Extend Time to File Appellants' Brief is GRANTED. The Court notes that, because this appeal involves cross-appeals, each party is required to file *both* an appellant's brief and a responsive appellee's brief. Accordingly, the Individual Homeowners are ordered to file *both* an appellant's brief and an appellee's brief responsive to HMW's previously-filed brief **by July 15, 2013**. Due to the previous delays in this appeal, no further extensions will be granted to the Individual Homeowners. *See* TEX. R. APP. P. 38.6(d).

HMW's Motion to Dismiss is DENIED, without prejudice to refiling should the Individual Homeowners fail to file their briefs as ordered.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually     ☐ Acting for the Court

Date:  June 4, 2013